UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PASQUALE PARRELLO, *et al.*,

                       Defendants.

No. 16-cr-522 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of several submissions regarding a possible protective order governing the dissemination of certain material produced in discovery pursuant to Federal Rule of Criminal Procedure 16. Specifically, in a letter dated September 12, 2016, the government requested entry of its proposed protective order, which was enclosed as an attachment (Doc. No. 251-1), citing the safety of cooperating witnesses and the integrity of ongoing investigations as justifications. (Doc. No. 251.) In that letter, the government also advised the Court of defense objections to entry of any protective order and to its particular proposal. (*Id.*) Finally, the government set forth its own objections to the order proposed by counsel for Defendant Joseph Merlino, which was also enclosed as an attachment (Doc. No. 251-2). (Doc. No. 251.) In addition, in a letter dated September 13, 2016, counsel for Defendant Daniel Marino, Jr. proposed specific modifications to the government's proposed order that would cure his objections to the government's request. (Doc. No. 261). Most recently, counsel for Defendant Pasqual Capolongo filed a letter, dated September 14, 2016, objecting to portions of the government's proposed order and consenting to Defendant Merlino's proposed order. (Doc. No. 270.) Because it appears that the need for and content of any protective order are contested, IT IS HEREBY ORDERED THAT all responses to the government's September 12, 2016 letter, if

any, shall be filed by September 21, 2016, and the government's reply shall be filed by September 23, 2016.

SO ORDERED.

Dated: September 16, 2016
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE